# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVANCED SILICON TECHNOLOGIES, LLC, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 15-cv-1177-RGA |
| | : | |
| NVIDIA CORPORATION, | : | Jury Trial Demanded |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

On this day, Plaintiff Advanced Silicon Technologies LLC ("Plaintiff") and Defendant NVIDIA Corporation ("Defendant"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims and counterclaims in the above captioned action are dismissed with prejudice, with all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: April 29, 2016

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, DE 19081-3032
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
psaindon@mnat.com

*Attorneys for Defendant*